CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

MICHAEL G. PITMAN (DCBN 484164)
Assistant United States Attorney
60 South Market Street, Suite 1200
San Jose, CA 95113
Telephone: (408) 535-5040
Facsimile: (408) 535-5081
Email: michael.pitman@usdoj.gov

Attorneys for United States of America

FILED

Oct 16 2026

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>NARAYANA REDDY GANDRA,<br>Defendant. | NO. 5:25-CR-00417-EJD<br>STIPULATION AND ~~[PROPOSED]~~ ORDER PARTIALLY UNSEALING<br>~~Under Seal~~ |

It is hereby stipulated by and between counsel for the United States and counsel for the defendant Narayana Reddy Gandra, that this matter be partially unsealed because the disclosure of the existence of this matter is no longer likely to jeopardize the progress of an ongoing investigation.

The parties further request that the document at Docket No. 8, filed on December 15, 2025, remain under seal for the reasons stated on the record on December 15, 2025. The parties anticipate submitting a redacted version of the document at Docket No. 8 for public filing shortly.

The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

CRAIG H. MISSAKIAN
United States Attorney

/s/
MICHAEL G. PITMAN
Assistant United States Attorney

/s/
NAOMI CHUNG
Counsel for Defendant NARAYANA REDDY GANDRA

[~~PROPOSED~~] ORDER

Based upon the stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED that the above-captioned matter be unsealed in its entirety with the exception of the document at Docket No. 8, filed on December 15, 2025, which shall remain sealed.

IT IS SO ORDERED.

DATED: October 16, 2026

Virginia K. DeMarchi
HON. VIRGINIA K. DEMARCHI
UNITED STATES MAGISTRATE JUDGE